IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.S. by and through his next friend and mother ANGELA GERMAINE SPENCER, <br><br> *Plaintiff,* <br><br> v. <br><br> THE COUNTY OF HARRISON, TEXAS, <br><br> *Defendant*. | § § § § § § § § § § § § § § Case No. 2:20-CV-00037 JRG-RSP |

## ORDER

Defendant Harrison County, Texas previously filed a motion for summary judgment. Dkt. No. 36. Magistrate Judge Payne entered a Report and Recommendation, Dkt. No. 69, recommending that the motion should be granted to dismiss all claims against Harrison County. Plaintiff A.S. has now filed Objections, Dkt. No. 70, with Harrison County filing a Response, Dkt. No. 71.

After conducting a *de novo* review of the briefing on the motion for summary judgment, the Report and Recommendation, and the briefing on plaintiff A.S.'s Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Plaintiff A.S.'s Objections and **ADOPTS** the Report and Recommendation and orders that the motion for summary judgment, Dkt. No. 36, is **GRANTED** and all claims against Harrison County are **DISMISSED**.

**So Ordered this**

**Aug 3, 2022**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE